The People of the State of New York, Respondent, v. Frank Pennestri and Lucia Pennestri, Appellants.— Motion to enlarge time denied. (See *People v. Dryer*, 227 App. Div. 629.) Lazansky, P. J., Rich, Young and Seeger, JJ.,

concur; Scudder, J., dissents and votes to grant the motion upon the ground that the failure to comply with the provisions of section 535 of the Code of Criminal Procedure was due to the fault of the court stenographer.